

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TWL CORPORATION and | § | CASE NO. 08-42773-BTR-11 |
| TWL KNOWLEDGE GROUP, INC., | § | CASE NO. 08-42774-BTR-11 |
| | § | |
| | § | *(Jointly Administered Under 08-42773)* |
| | | |
| THE COMMITTEE OF UNSECURED CREDITORS FOR THE ESTATE OF TWL CORPORATION and TWL KNOWLEDGE GROUP, INC. | § | Adversary No. 09-04094 |
| Plaintiff | § | |
| v. | § | |
| CISCO SYSTEMS CAPITAL CORP. | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

Came on to be heard this cause between The Committee for Unsecured Creditors (the "Committee") for the Estate of TWL Corporation ("TWL") and TWL Knowledge Group, Inc. ("TWLK") (collectively referred to as the "Debtors"), Plaintiff herein,, and Cisco Systems Capital Corp. ("Defendant"). The appearance day for Defendant has passed, and the Court was regularly in session. Although being duly served with process and cited to appear, Defendant has failed to appear and to answer and has wholly defaulted. The Court finds and holds Defendant was duly served with process in the form, manner and within the length of time required by law. Therefore, the Court holds it has jurisdiction over the Defendant and the subject matter pursuant to 28 U.S.C §§ 1334 and 157(a), that this is a core proceeding pursuant to 28

U.S.C §157(b)(2)(F) and 11 U.S.C. §§547 and 550, and the time for filing an answer by Defendant has passed.

After finding all prerequisites of law were fulfilled, the cause has been submitted to the Court. The Court has considered the pleadings and evidence presented, and is of the opinion that the claim is liquidated. Further, the Court finds that Plaintiff, is the owner and holder of a claim against Defendant and that Defendant received a preference under 11 U.S.C. §547(b). Therefore, this Court finds Plaintiff is entitled to judgment against Defendant for the sum of $6.907.23 plus costs of court and reasonable attorneys' fees.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff have and recover of and from Defendant the sum of $6,907.23;

IT IS FURTHER ORDERED that Plaintiff have and recover from Defendant reasonable and necessary attorneys' fees in the sum of $1,500.00 through the Default Judgment, another $5,000.00 if appealed to the United States District Court for the Eastern District of Texas, another $7,500.00 if appealed to the United States Court of Appeals, Fifth Circuit and $10,000.00 if appealed to the United States Supreme Court.

IT IS FURTHER ORDERED that this award of attorneys' fees is part of the judgment rendered herein.

IT IS FURTHER ORDERED that the judgment herein rendered shall bear interest at the rate of ten percent (10%) from the date of this Judgment, until paid.

All costs of court expended or incurred in this cause are adjudged against Defendant. All other Writs and Processes for the enforcement and the collection of this judgment or the costs of court may issue as necessary. All other relief not expressly granted is denied.

SIGNED this _____ day of _____ 2009

Signed on 10/01/2009

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

RETURN TO:

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, Texas 75202

ATTORNEYS FOR PLAINTIFF